**RICHARD A. SLY, OSB #63074**
rsly@teleport.com
209 SW Oak Street, Suite 102
Portland, Oregon 97204
Phone: (503)224-0436
Fax:    (503)226-1227

**LINDA S. ZISKIN, OSB #01106**
linda@ziskinlawoffice.com
PO Box 2237
Lake Oswego, OR 97035
Phone: (503) 889-0472
Fax:    (888) 889-5776
        Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GILBERTO H. BERG,**<br><br>　　**Plaintiff,**<br>vs.<br>**CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**<br><br>　　**Defendant.** | Case No. 3:12-cv-0728-MO<br><br>ORDER AUTHORIZING ATTORNEY FEES UNDER 42 USC 406(b) |

　　Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of **$8,470.75** are hereby awarded to Plaintiff's attorney, Richard A. Sly. Previously, this Court awarded Mr. Sly $6,580.09 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d); however, <u>none</u> of those fees were received by Plaintiff's attorney Richard A. Sly due to the garnishment by the Department of Treasury for the Division of Child Support Oregon Department of Revenue. When issuing the 406(b) check, therefore, the agency is directed send Mr. Sly the entire amount with no deduction for

EAJA fees of **$8,470.75.** Any withheld amount then remaining should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED this <u>12th</u> day of <u>November</u>, 2014.

/s/ Michael W. Mosman
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

<u>s/ Richard A. Sly</u>
RICHARD A. SLY, OSB #63074
Portland, OR 97204
(503) 224-0436
Attorney for Plaintiff